IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JONATHAN W. BYRANT,                )
                                   )
                Plaintiff,         )
                                   )
        v.                         )   C.A. No. 24-179-CFC-EGT
                                   )
CD BABY.COM,                       )
                                   )
                Defendant.         )

## ORDER

At Wilmington on this 5th day of May in 2026, having considered the Report

and Recommendation by United States Magistrate Judge Eleanor G. Tennyson

filed on April 20, 2026 (D.I. 60) and having reviewed Plaintiff Jonathan W.

Bryant's Objection to the Report and Recommendation (D.I. 63);

It is HEREBY ORDERED that:

1. Plaintiff's Objection (D.I. 63) is OVERRULED and the Magistrate

   Judge's Report and Recommendation (D.I. 60) is ADOPTED.

2. The Amended Complaint (D.I. 28) is DISMISSED WITHOUT

   PREJUDICE.

3. Plaintiff's Motion to Compel Contempt on Defendant (D.I. 56) and

   Motion to Appoint Counsel (D.I. 51) are DENIED AS MOOT.

4. If Plaintiff obtains accurate and updated service information for

   Defendant, as Plaintiff states in his Objections, Plaintiff is GRANTED

leave to file a Second Amended Complaint on or before July 6, 2026. If

Plaintiff chooses to file a Second Amended Complaint, he shall file

simultaneously a letter identifying the updated address and service

information for Defendant.

_____
                Chief Judge