IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JONATHAN W. BRYANT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 24-179-CFC-EGT |
| | ) | |
| CD BABY.COM, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

At Wilmington on this 21st day of September in 2026, having considered the Report and Recommendation by United States Magistrate Judge Eleanor G. Tennyson filed on September 1, 2026 (D.I. 90), and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

It is HEREBY ORDERED that:

1. The Magistrate Judge's Report and Recommendation (D.I. 90) is **ADOPTED**.

2. Plaintiff's Second Amended Complaint (D.I. 65) is **DISMISSED WITHOUT PREJUDICE** for failure to timely effect service.

3. Plaintiff's remaining motions (D.I. 70, 71, 75 & 89) are **DENIED AS MOOT**.

4. The Clerk of Court is directed to **CLOSE** the case.

Chief Judge